## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 25, 2007

MEMO TO COUNSEL RE:   St. Paul Fire and Marine Insurance Co. v. Lifting Technology
                                            Civil No. JFM-06-1116

Dear Counsel:

This will confirm the various matters discussed during our conference today.

1. The new discovery deadline is September 28, 2007.

2. In accordance with your consent, I will assign this case to a magistrate judge (other than Judge Gesner who presided over the settlement conference) for the purpose of presiding over all further proceedings. That magistrate judge will be in touch with you to set a trial date and pretrial schedule.

3. I will advise the magistrate judge to whom the case is assigned that she/he should sign the anticipated consent motion to permit Mr. Stover not to participate in any further court proceedings.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge